DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BONNIE TANNENBAUM,** individually and as parent of
**KEVIN VON BEHREN, JR.,** a minor,
Appellants,

v.

**PAMELA G. TIGER, JAY SPECHLER** and **JAY STEVEN, LLC,**
Appellees.

No. 4D18-2721

[September 12, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 13-026556.

Carlos D. Cabrera of Cabrera Law Firm, Hollywood, for appellants.

Joseph R. Dawson of Law Offices of Joseph R. Dawson, P.A., Fort Lauderdale, for appellees Jay Spechler and Jay Steven, LLC.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***